United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16417-elf
Jason M. Rutledge                                                       Chapter 13
Pamela A. Rutledge
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 3           Date Rcvd: Oct 16, 2018
                            Form ID: 309I          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db/jdb         +Jason M. Rutledge,    Pamela A. Rutledge,    3162 Creek Road,    Honey Brook, PA 19344-9632
14203970       +Apothaker Scian, PC,    520 Fellowship Road, Suite C306,    P.O. Box 5496,
                 Mount Laurel, NJ 08054-5496
14203973        Brandywine Hospital,    P.O. Box 1022,    Wixom, MI 48393-1022
14203974       +CACH LLC,    200 Cummings Center,    Suite 173D,    Beverly, MA 01915-6190
14203981       +Children's BOMC,    P.O. Box 6324,    Harlan, IA 51593-1824
14203992       +Gary R. Rutledge,    134 Cambridge Road,    Coatesville, PA 19320-5516
14203994       +Guthy-Renker, LLC,    100 N Sepulveda Blvd.,    Suite 1600,    El Segundo, CA 90245-5654
14203995       +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14204009       +Law Offices of Frederic Weiberg,    375 East Elm St.,    Suite 210,    Conshohocken, PA 19428-1973
14204027        PennyMac Loan Services, LLC,    PO Box 514387,    Los Angeles, CA 90051-4387
14204320      +++Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mconley@conleylawpractice.com Oct 17 2018 02:41:52     MATTHEW L. CONLEY,
                 Conley Law Practice LLC,    300 N. Pottstown Pike,    Suite 220,    Exton, PA  19341
tr             +E-mail/Text: bncnotice@ph13trustee.com Oct 17 2018 02:44:18     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 17 2018 02:42:59     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14203968       +EDI: AMEREXPR.COM Oct 17 2018 06:23:00      American Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
14203971       +E-mail/Text: bk@avant.com Oct 17 2018 02:44:04     Avant / Webbank,    222 N. LaSalle St.,
                 Suite 1700,    Chicago, IL 60601-1101
14203972       +EDI: TSYS2.COM Oct 17 2018 06:23:00      Barclays Bank of Delaware,    125 S. West St.,
                 Wilmington, DE 19801-5014
14203975       +EDI: CAPITALONE.COM Oct 17 2018 06:23:00      Capital One Bank,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14203978       +E-mail/Text: bankruptcy@cavps.com Oct 17 2018 02:43:16     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
14203980       +E-mail/Text: bankruptcy@cavps.com Oct 17 2018 02:43:16     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14203982       +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 17 2018 02:44:02     Citadel FCU,
                 520 Eagleview Boulevard,    Exton, PA 19341-1119
14203985       +EDI: WFNNB.COM Oct 17 2018 06:23:00      Comenity Bank,    P.O. Box 182120,
                 Columbus, OH 43218-2120
14203983        EDI: WFNNB.COM Oct 17 2018 06:23:00      Comenity Bank,    P.O. Box 182273,
                 Columbus, OH 43218-2273
14203984       +EDI: WFNNB.COM Oct 17 2018 06:23:00      Comenity Bank,    P.O. Box 182789,
                 Columbus, OH 43218-2789
14203989        EDI: CBS7AVE Oct 17 2018 06:23:00      Country Door,    1112 7th Ave.,    Monroe, WI 53566-1364
14203990       +EDI: RCSFNBMARIN.COM Oct 17 2018 06:23:00      Credit One Bank,    P.O. Box 98872,
                 Las Vegas, NV 89193-8872
14203991        EDI: DISCOVER.COM Oct 17 2018 06:23:00      Discover Bank,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
14208798        EDI: DISCOVER.COM Oct 17 2018 06:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14203993        EDI: CBS7AVE Oct 17 2018 06:23:00      Ginny's,    1112 7th Ave.,    Monroe, WI 53566-1364
14204004       +E-mail/Text: bankruptcy@hsn.net Oct 17 2018 02:44:01     HSN,    P.O. Box 9090,
                 Clearwater, FL 33758-9090
14204006        EDI: IRS.COM Oct 17 2018 06:23:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    P. O. Box 7346,    Philadelphia, PA 19101-7346
14204007        EDI: JEFFERSONCAP.COM Oct 17 2018 06:23:00      Jefferson Capital Systems,    16 Mceland Road,
                 Saint Cloud, MN 56303
14204010       +EDI: RESURGENT.COM Oct 17 2018 06:23:00      LVNV Funding LLC,    P.O. Box 1269,
                 Greenville, SC 29602-1269
14209816        EDI: RESURGENT.COM Oct 17 2018 06:23:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
14204012       +EDI: TSYS2.COM Oct 17 2018 06:23:00      Macys,    P.O. Box 8218,    Mason, OH 45040-8218
14204014       +EDI: MID8.COM Oct 17 2018 06:23:00      Midland Credit Management, Inc.,    2365 Northside Drive,
                 Suite 300,    San Diego, CA 92108-2709
14204015       +EDI: MID8.COM Oct 17 2018 06:23:00      Midland Funding,    2365 Northside Drive,    #300,
                 San Diego, CA 92108-2709
14204025        EDI: CBS7AVE Oct 17 2018 06:23:00      Montgomery Ward,    1112 7th Ave.,    Monroe, WI 53566-1364

```
District/off: 0313-2          User: dlv                    Page 2 of 3                   Date Rcvd: Oct 16, 2018
                              Form ID: 309I                Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14204026       +EDI: AGFINANCE.COM Oct 17 2018 06:23:00      OneMain Financial,    P.O. Box 1010,
                 Evansville, IN 47706-1010
14204028        EDI: PRA.COM Oct 17 2018 06:23:00      Portfolio Recovery Associates,
                 120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
14204032        EDI: RMSC.COM Oct 17 2018 06:23:00      QVC, Inc.,   1200 Wilson Drive at Studio Park,
                 West Chester, PA 19380
14212382        EDI: Q3G.COM Oct 17 2018 06:23:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,   Kirkland, WA 98083-0788
14204033       +EDI: CBS7AVE.COM Oct 17 2018 06:23:00      Swiss Colony,   1515 S. 21st St.,
                 Clinton, IA 52732-6676
14204039       +EDI: RMSC.COM Oct 17 2018 06:23:00      Synchrony Bank,    P.O. Box 965024,
                 Orlando, FL 32896-5024
14204034       +EDI: RMSC.COM Oct 17 2018 06:23:00      Synchrony Bank,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14204038       +EDI: RMSC.COM Oct 17 2018 06:23:00      Synchrony Bank,    P.O. Box 965015,
                 Orlando, FL 32896-5015
14204035       +EDI: RMSC.COM Oct 17 2018 06:23:00      Synchrony Bank,    P.O. Box 965036,
                 Orlando, FL 32896-5036
14204041        EDI: TDBANKNORTH.COM Oct 17 2018 06:23:00      TD Bank,   P.O. Box 84037,    Columbus, GA 31908
14204042       +EDI: USAA.COM Oct 17 2018 06:23:00      USAA Federal Savings Bank,    P.O. Box 33009,
                 San Antonio, TX 78265-3009
14204044       +EDI: VERIZONCOMB.COM Oct 17 2018 06:23:00      Verizon,   P.O. Box 15124,
                 Albany, NY 12212-5124
14204045       +EDI: WFFC.COM Oct 17 2018 06:23:00      Wells Fargo Card Service,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
                                                                                               TOTAL: 43


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14203969*      +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
14203976*      +Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14203977*      +Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14203979*      +Cavalry Portfolio Services, LLC,   500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
14203988*       Comenity Bank,   P.O. Box 182273,   Columbus, OH 43218-2273
14203986*      +Comenity Bank,   P.O. Box 182789,   Columbus, OH 43218-2789
14203987*      +Comenity Bank,   P.O. Box 182789,   Columbus, OH 43218-2789
14204005*      +HSN,   P.O. Box 9090,   Clearwater, FL 33758-9090
14203996*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14203997*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14203998*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14203999*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14204000*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14204001*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14204002*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14204003*      +Hayt Hayt & Landau, LLC,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
14204008*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems,    16 Mcleland Road,
                 Saint Cloud, MN 56303)
14204011*      +LVNV Funding LLC,   P.O. Box 1269,   Greenville, SC 29602-1269
14204013*      +Macys,   P.O. Box 8218,   Mason, OH 45040-8218
14204016*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204017*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204018*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204019*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204020*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204021*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204022*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204023*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204024*      +Midland Funding,    2365 Northside Drive,   #300,   San Diego, CA 92108-2709
14204029*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,
                 Norfolk, VA 23502)
14204030*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,
                 Norfolk, VA 23502)
14204031*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,
                 Norfolk, VA 23502)
14204040*      +Synchrony Bank,   P.O. Box 965015,   Orlando, FL 32896-5015
14204036*      +Synchrony Bank,   P.O. Box 965036,   Orlando, FL 32896-5036
14204037*      +Synchrony Bank,   P.O. Box 965036,   Orlando, FL 32896-5036
14204043*      +USAA Federal Savings Bank,    P.O. Box 33009,   San Antonio, TX 78265-3009
14204046*      +Wells Fargo Card Service,    P.O. Box 14517,   Des Moines, IA 50306-3517
                                                                                         TOTALS: 0, * 36, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: dlv              Page 3 of 3              Date Rcvd: Oct 16, 2018
                              Form ID: 309I          Total Noticed: 54
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              MATTHEW L. CONLEY     on behalf of Joint Debtor Pamela A. Rutledge mconley@conleylawpractice.com
              MATTHEW L. CONLEY     on behalf of Debtor Jason M. Rutledge mconley@conleylawpractice.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                         TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jason M. Rutledge** | Social Security number or ITIN | **xxx–xx–4775** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Pamela A. Rutledge** | Social Security number or ITIN | **xxx–xx–0197** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  13 | **9/26/18** |
| Case number: | **18–16417–elf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason M. Rutledge | Pamela A. Rutledge |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3162 Creek Road<br>Honey Brook, PA 19344 | 3162 Creek Road<br>Honey Brook, PA 19344 |
| 4. | **Debtor's attorney**<br>Name and address | MATTHEW L. CONLEY<br>Conley Law Practice LLC<br>300 N. Pottstown Pike<br>Suite 220<br>Exton, PA 19341 | Contact phone 610–524–3200<br><br>Email: mconley@conleylawpractice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 10/16/18 |

**For more information, see page 2**

Official Form 309I                                              **Notice of Chapter 13 Bankruptcy Case**                                              page 1

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/13/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/5/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/25/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1354.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/11/18** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |