# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16417-ELF

JASON M RUTLEDGE
PAMELA A RUTLEDGE
3162 CREEK ROAD

HONEY BROOK, PA 19344

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JASON M RUTLEDGE
    PAMELA A RUTLEDGE
    3162 CREEK ROAD

    HONEY BROOK, PA 19344

**Counsel for debtor(s), by electronic notice only.**
    MATTHEW L CONLEY
    300 N POTTSTOWN PIKE
    SUITE 220
    EXTON, PA 19341

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                                                /s/ William C. Miller

Date: 12/12/2018

                                                                                _____
                                                                                William C. Miller, Esquire
                                                                                Chapter 13 Standing Trustee