# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16417-ELF

JASON M RUTLEDGE
PAMELA A RUTLEDGE
3162 CREEK ROAD

HONEY BROOK, PA 19344

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JASON M RUTLEDGE
    PAMELA A RUTLEDGE
    3162 CREEK ROAD

    HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

    MATTHEW L CONLEY
    300 N POTTSTOWN PIKE
    SUITE 220
    EXTON, PA 19341

Date: 12/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee