## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jason M. Rutledge              : Case No.:  18-16417-elf
        Pamela M. Rutledge         :
                                        :
           Debtors                    : Chapter 13

### NOTICE OF DEBTORS' COUNSEL'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO ALL PARTIES IN INTEREST:

On March 14, 2019, Matthew L. Conley, Esquire, counsel for Debtors has applied under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses in the amount of $3,490.00 plus expenses of $310.00.  A copy of the application is enclosed with this notice.

You are notified that any objection to the application must be filed and served on Matthew L. Conley, Esquire, the applicant within 21 days of the date on which the application is filed.

If you object to the Application or if you want the court to consider your views on the Application, then on or before April, 4 2019 you or your attorney must do all of the following:

**(a) file an objection explaining your position at**

Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107
Telephone: 215-408-2800
Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

**(b) mail a copy to:**
Matthew L. Conley, Esquire
300 N. Pottstown Pike, Suite 220
Exton, PA 19341
Email: mconley@conleylawpractice.com
Fax: 484-870-5969
Telephone: 610-524-3200

If you or your attorney do not take the steps described in paragraphs (a) and (b) above the Court may enter an order approving the Application.

Dated: March 14, 2019

Signed:  /s/ Matthew L. Conley
           Applicant
By: Matthew L. Conley
Conley Law Practice, LLC
300 N. Pottstown Pike, Suite 220
Exton, PA 19341
Phone: 610-524-3200
Fax: 484-870-5969
mconley@conleylawpractice.com