**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Jason M. Rutledge | : Case No.: 18-16417-elf |
| Pamela M. Rutledge | : |
| | : |
| Debtors | : Chapter 13 |

## **CERTIFICATION OF NO RESPONSE**

I, Matthew L. Conley, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to Debtors' Counsel's Application for Compensation and Reimbursement of Expenses.

Dated: April 5, 2019

Signed: /s/ Matthew L. Conley
By: Matthew L. Conley
Conley Law Practice, LLC
300 N. Pottstown Pike, Suite 220
Exton, PA 19341
Phone: 610-524-3200
Fax: 484-870-5969
mconley@conleylawpractice.com